JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAYSON RUSSI; and DOES 1-10, inclusive,<br><br>    Defendants. | Case № 2:20-CV-07599-ODW (JCx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

December 8, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**